# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAMAS HORVATH,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80237

FILED

MAR 0 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Judgment/Order entered on the 13 day of November, 2019." Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court order denying a motion to correct clerical error in judgment. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). In addition, it does not appear that appellant was aggrieved by the "Order for a Writ of Habeas Corpus and Prosequendum/To Return Prisoner Back to Federal Custody" entered on January 16, 2020. *See* NRS 177.015. Accordingly, this court

ORDERS this appeal DISMISSED.

_____ J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

20-08823

cc: Hon. Kenneth C. Cory, District Judge
Tamas Horvath
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Anthony L. Abbatangelo